NUMBER 13-08-00584-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

EDNA MORALES, Appellant,


v.



RICARDO RAMON, Appellee. 

_____________________________________________________________


On appeal from the 275th District Court of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam

 Appellant, Edna Morales, attempted to perfect an appeal from an order entered by
the 275th District Court of Hidalgo, County, Texas, in cause no. F-252-04-E. Upon review
of the documents before the Court, it appeared that the order from which this appeal was
taken was not an appealable order. The Clerk of this Court notified appellant of this defect
so that steps could be taken to correct the defect, if it could be done. See Tex. R. App. P.
37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days
from the date of receipt of this notice, the appeal would be dismissed for want of
jurisdiction. 

 Additionally, the Clerk of the Court advised appellant that the notice of appeal
referenced a date of judgment that is not contained in the clerk's record and instructed
appellant to file an amended notice of appeal with the trial court within ten days from
receipt of the letter. See Tex. R. App. P. 37.1, 44.3. Appellant was notified that failure to
file an amended notice of appeal would result in the appeal being dismissed. See Tex.
R. App. P. 42.3(b),(c). 

 Appellant has failed to correct the defects or otherwise respond to the Court's
notice. 
 The Court, having considered the documents on file and appellant's failure to
correct the defect in this matter, is of the opinion that the appeal should be dismissed.
Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION and failure to
comply with a notice from the Court. See Tex. R. App. P. 37.1; 42.3(b),(c).


 PER CURIAM


Memorandum Opinion delivered and 

filed this the 16th day of April, 2009.